IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CRIMINAL NO. 3:94-CR-65-BO-12
CIVIL NO. 5:12-CV-15-BO

| | | |
|---|---|---|
| WILLIAM DAVID WILSON, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

The papers filed by the petitioner in this case are hereby returned to petitioner for failure to comply with our Local Rules of Practice and Procedure. The papers are deficient in the following respects:

(x) The pleading entitled "Memorandum of Law in support of Petitioner's 28 U.S.C. § 2255" was not signed. Please sign and return.

( ) The pleading was not on 8 1/2" by 11" paper. All pleadings submitted must be on standard letter size paper.

( ) The pleading did not contain a case name and number. In order to be able to quickly and accurately process pleadings, they must provide the case name <u>and</u> the case number assigned to the action by the Clerk's Office.

Petitioner is DIRECTED to correct the deficiencies listed above and return the corrected papers within fourteen (14) days from the filing of this order. The petitioner has the right to re-submit these papers for processing upon compliance with the Federal Rules of Civil Procedure and the local rules of this court.

So ordered this 11th day of January, 2012.

_____
WILLIAM A. WEBB
UNITED STATES MAGISTRATE JUDGE